STEVEN DEMILO et al., Appellants, v WEINBERG BROTHERS, LLC, Respondent.

Submitted January 26, 2015; decided February 24, 2015

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).

In the Matter of SYLVAN LAWRENCE, Deceased.

RICHARD S. LAWRENCE et al., Respondents, v GRAUBARD MILLER et al., Appellants, and RICHARD S. LAWRENCE et al., Intervenors-Respondents.

Submitted December 8, 2014; decided February 24, 2015

Motions for reargument denied with $100 costs and necessary reproduction disbursements [*see* 24 NY3d 320 (2014)].

Judge ABDUS-SALAAM taking no part.

TEDDY MOORE, Appellant, v FRANK GUERRA, Defendant, and CHRISTOPHER BRAMWELL et al., Respondents.

Submitted February 2, 2015; decided February 24, 2015

Motion for reargument of motion for leave to appeal denied [*see* 24 NY3d 1114 (2015)].

Judges STEIN and FAHEY taking no part.